1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BREMNER ALLEN ABELSON,

           Petitioner,

           v.

RON VAN BOENING,

           Respondent.

Case No.  C08-5245RBL/JKA

ORDER GRANTING
APPLICATION TO PROCEED *IN FORMA PAUPERIS*

      Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 1) is **GRANTED**.  Petitioner does not appear to have access to funds to afford the $5.00 filing fee.

      The Clerk is directed to mail a copy of this Order to petitioner.

      DATED this 4 day of June, 2008.

                         */S/ J. Kelley Arnold*
                         J. Kelley Arnold
                         United States Magistrate Judge