UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BEMNER ABELSON,<br><br>    Petitioner,<br><br>    v.<br><br>RON VAN BOENING,<br><br>    Respondent. | Case No. C08-5245RBL/JKA<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

The Court having reviewed the Report and Recommendation of the Hon. J. Kelley Arnold United States Magistrate Judge, objections to the Report and Recommendation [Dkt. #17], and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation;

(2)     This petition is without merit and is **DENIED.**

(3)     The clerk is directed to send copies of this Order to Petitioner, counsel for respondent, and the Hon. J. Kelley Arnold.

DATED this 26th day of September, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1