# United States District Court

WESTERN DISTRICT OF WASHINGTON

BEMNER ABELSON

v.

RON VAN BOENING

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5425RBL/JKA

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This petition is without merit and is **DENIED**.

| September 29, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

　　　　　　　　　　　　　　　　　　　　　*s/CM Gonzalez*
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk